UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

United States of America,

                    Plaintiff,      Criminal No. 04-402 (1) (RHK/JSM)

            v.                    **ORDER FOR EXTENSION OF**
                                             **TIME TO FILE OBJECTIONS**
Loren George Jennings,               **AND POSITION PLEADINGS**

                  Defendant.

_____

      The Defendant's Motion for Extension of Time (Doc. No. 92) is **GRANTED**.

      **IT IS HEREBY ORDERED** that

      1.  All written correspondence be due to the Probation Office by October 31, 2005;

and

      2.  Position pleadings, if necessary, be filed electronically with the Clerk of Court

by November 7, 2005.

Dated: October 13, 2005               s/Richard H. Kyle_____
                                   RICHARD H. KYLE
                                   United States District Judge