UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 04-402 RHK/JSM

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER** |
| vs. | |
| LOREN GEORGE JENNINGS, | |
| Defendant. | |

Based upon the Stipulation and Agreement (Doc. No. 118) and upon all the files and proceeding herein, and the Court being fully advised,

IT IS ORDERED that the orders of restitution and forfeitures previously stayed by this Court are amended in accordance with the Stipulation and Order.

Dated:   3/16  , 2007

s/Richard H. Kyle
Richard H. Kyle
United States District Judge